LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
WWW.WOLFPOPPER.COM

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 726-7723
FAX: (516) 726-7724

DIRECT DIAL:   (212) 451-9606
llevy@wolfpopper.com

March 4, 2015

**Via ECF**

Hon. Jack B. Weinstein
United States District Judge
225 Cadman Plaza
Brooklyn, NY 11201

RE:   *Belfiore v. The Procter & Gamble Company*, 14 Civ. 4090 (JBW)(RML)

Dear Judge Weinstein:

This firm represents the plaintiff, Anthony Belfiore, in 14 Civ. 4090. I write with respect to your Order entered today regarding the hearing on Plaintiff's motion to grant class certification ("Plaintiff's Motion") and Defendant's motion to deny class certification ("Defendant's Motion") filed on February 27, 2015 (collectively, the "Class Motions").

On December 12, 2015, this Court entered a Scheduling Order that provided for opening briefs on the Class Motions to be filed on January 30, 2015, and a hearing on April 1, 2015. On January 12, 2015, Magistrate Judge Levy entered an Order in the related action, *Kurtz v. Kimberly-Clark Corporation et al.*, 14-cv-01142, providing for opening papers on the Class Motions to be filed on February 27, 2015, opposition papers to be filed on March 27, 2015, and reply papers to be filed on April 15, 2015. This Order did not address the hearing date. At the

WOLF POPPER LLP

Hon. Jack B. Weinstein
Page 2
March 4, 2015

request of Plaintiff with the consent of Defendant, Magistrate Judge Levy entered an identical Order in this matter.

In light of this, Plaintiff's Motion requested a return date "at a time and date to be determined by the Court," based on Plaintiff's understanding that the plaintiff in the *Kurtz* matter would make a similar request. Defendant's Motion in this matter requested a return date of April 29, 2015, at 10:00 a.m.

Today's Scheduling Order and the January 13, 2015, Order appear to be in conflict. Plaintiff respectfully requests clarification whether the Court would prefer to proceed with a hearing on the Class Motions on April 1, 2015, or at some point after the completion of briefing on April 15, 2015.

Respectfully yours,

Lester L. Levy

Cc: Magistrate Judge Robert M. Levy
All Counsel (via ECF)