FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 06 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x

D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

              Plaintiffs,

vs.

KIMBERLY-CLARK CORPORATION, *et al.*,

              Defendants.
--------------------------------------------------x

ANTHONY BELFIORE, Individually and on
Behalf of All Others Similarly Situated,

              Plaintiff,

    -against-

THE PROCTER & GAMBLE COMPANY,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - x

**SCHEDULING ORDER**

**14-CV-1142**

**14-CV-4090**

**JACK B. WEINSTEIN, Senior United States District Judge:**

    The hearing scheduled for April 1, 2015 is adjourned to April 29, 2015 at 10:00 a.m. *See also* No. 14-cv-1142, ECF No. 93; No. 14-cv-4090 ECF No. 73.

SO ORDERED.



Jack B. Weinstein
Senior United States District Judge

March 5, 2015
Brooklyn, New York

