UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BELFIORE, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>      -against-<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>         Defendant. | 14 Civ. 4090 (JBW)(RML)<br><br><br>**CERTIFICATE OF SERVICE** |

  I, Andrew D. Schau, hereby certify that on the 27th Day of March, 2015, I caused a true and correct copy of the following documents to be served via the Court's electronic filing system to all counsel of record (with unredacted copies served on all counsel of record via electronic mail pursuant to the parties' agreement):

1. Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification;

2. Declaration of Carol A. Scott, Ph.D., accompanied by Exhibits A-M; and

3. Motion for Leave to Electronically File Under Seal Documents Previously Designated Confidential or Highly Confidential Under Stipulated Protective Order.

              Respectfully submitted:

              **s/ Andrew D. Schau**
              Andrew D. Schau (AS 5815)
              **COVINGTON & BURLING LLP**
              The New York Times Building
              620 Eighth Avenue
              New York, NY 10018
              aschau@cov.com
              (212) 841-1000

Dated:  March 27, 2015