**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY BELFIORE, on behalf of himself and all others similarly situated, | |
| Plaintiff, | 14 Civ. 4090 (JBW)(RML) |
| vs. | **CERTIFICATE OF SERVICE** |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |

I, Robert S. Plosky, hereby certify that on the 27th day of March, 2015, I caused a true and correct copy of the following documents to be served via the Court's electronic filing system to all counsel of record (with unredacted copies served via electronic mail pursuant to the parties' agreement):

1.    Plaintiff's Motion for Leave to File Under Seal;

2.    Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Deny Class Certification;

3.    Declaration of Lester L. Levy and exhibits thereto.

Dated: March 27, 2015                    Respectfully submitted,

By:    /s/ Robert S. Plosky
        Robert S. Plosky

Doc. 183600v.1

**WOLF POPPER LLP**
Lester L. Levy
Michele Fried Raphael
Matthew Insley-Pruitt
Robert S. Plosky
845 Third Avenue, 12th Floor
New York, NY 10022
Tel: (212) 759-4600
llevy@wolfpopper.com
mraphael@wolfpopper.com
minsley-pruitt@wolfpopper.com
rplosky@wolfpopper.com

*Counsel for Plaintiff Anthony Belfiore*

Doc. 183600v.1