# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Andrew D. Schau

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1007
aschau@cov.com

**By ECF (without enclosure) and U.S. Mail**                June 23, 2015

The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Belfiore v. The Procter & Gamble Company*, 14 Civ. 4090
> *Kurtz v. Kimberly-Clark Corporation et al.*, 14 Civ. 1142
> *Armstrong v. Costco Wholesale Corporation et al.*, 15 Civ. 2909
> *Honigman v. Kimberly-Clark Corporation*, 15 Civ. 2910
> *Palmer v. CVS Health et al.*, 15 Civ. 2928

Dear Judge Weinstein and Magistrate Judge Levy:

We represent defendant The Procter & Gamble Company ("P&G"). In response to Your Honor's request, *see* Dkt. No. 109, enclosed please find an electronic copy of the PowerPoint presentation shown by P&G at the June 19, 2015 Science Day hearing. Your Honor also requested a brief description of the multimedia elements contained the presentation. That description follows.

- Slide 13 contains a video demonstration of the INDA FG501 test, which is also known as the Toilet Bowl and Drain Clearance test. The product being tested is Charmin Freshmates.

- Slide 16 shows a demonstration of the INDA FG503 test, which is also known as the Household Pump test. The product being tested is Charmin Freshmates.

- Slide 23 contains a video demonstration showing how conventional toilet paper performs under the Toilet Bowl and Drain Clearance test (INDA FG501). The

> video shows that toilet paper does not fully disperse before exiting a household plumbing system.

- Slide 30 contains a video demonstration showing P&G's Continuously Flowing Pipe ("CFP") system, which replicates a gravity-based sewer system. The CFP is system is not described in the INDA Guidelines.

Respectfully submitted,

Andrew D. Schau

Enclosure

cc: All Counsel (via ECF)