LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

OFFICE PHONE (212) 759-4600
FACSIMILE (212) 486-2093
WWW.WOLFPOPPER.COM

LONG ISLAND OFFICE
11 GRACE AVENUE
SUITE 400
GREAT NECK, N.Y. 11021
(516) 726-7723
FAX: (516) 726-7724

DIRECT DIAL:   (212) 451-9606
llevy@wolfpopper.com

June 24, 2015

**ECF and Hand Delivery**

Hon. Jack B. Weinstein
United States District Judge
225 Cadman Plaza
Brooklyn, NY 11201

The Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Belfiore v. The Procter & Gamble Co.*, No. 14-CV-4090 (JBW) (RML) (E.D.N.Y.)

Dear Judges Weinstein and Levy:

I write on behalf of Plaintiff Anthony Belfiore ("Plaintiff") in the above-referenced action (the "*Belfiore* Action"). In response to Your Honor's request, *see* Dkt. No. 109, enclosed please find a disc containing the video shown by Plaintiff during the June 19, 2015, Science Day hearing. This video shows Consumer Reports testing Procter & Gamble's Freshmates and determining that they do not break down. The video is also available online at http://www.consumerreports.org/cro/video-hub/home--garden/bed--bath/flushable-wipes/16935265001/22783507001/.

Sincerely,

WOLF POPPER LLP

By: /s/ Lester L. Levy /MIP
Lester L. Levy
Matthew Insley-Pruitt
845 Third Avenue
New York, NY 10022
T: 212-759-4600

*Attorneys for Plaintiff Belfiore*

CC:   All Counsel of Record (via ECF)
Enclosure

#184724