UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

ANTHONY BELFIORE, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

                    Defendant.

------------------------------------------------------x

ORDER
14-CV-4090

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 13 2015 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

By August 26, 2015, the parties shall supply briefs with respect to the application, to the instant case, of NYCPLR section 901(b):

> *Unless a statute creating or imposing a penalty, or a minimum measure of recovery specifically authorizes the recovery thereof in a class action, an action to recover a penalty, or minimum measure of recovery created or imposed by statute may not be maintained as a class action.*

See *Shady Grove Orthopedic Associates, P.A. v. Allstate Ins. Co.*, 559 U.S. 393 (2010) (majority, concurrence and dissent). Courtesy hard copies shall be promptly provided to the court.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

August 12, 2015
Brooklyn, New York

