DATE 8/12/15

BEFORE JUDGE Weinstein  
& M. Judge Levy                    AT 10:30 A.M.

C/R L. Schmid                      MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV14-4090

Title: Anthony Belfiore et al. Proctor & Gamble Co. et al

(Pltff.) (Deft.) _____ motion for class certification

Appearances: For Pltff. Lester Levy et al

For Deft. Emily Henn et al

✓ Case called.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued.   ___ Motion Granted   ___ Motion Denied.

✓ Decision reserved.

___ Order to be submitted by _____

___ Case adjourned to _____ for _____

___ Other _____