AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Belfiore | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-04090-JBW-RML |
| The Procter & Gamble Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Procter & Gamble Company.

Date: 06/11/2019

/s/ Harold P. Weinberger
*Attorney's signature*

Harold P. Weinberger (HW 3240)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Address*

hweinberger@kramerlevin.com
*E-mail address*

(212) 715-9132
*Telephone number*

(212) 715-8000
*FAX number*