**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Cortlin H. Lannin

Covington & Burling LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105-2533
T +1 415 591 7078
clannin@cov.com

**By ECF**                                                                 June 12, 2019

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Belfiore v. The Procter & Gamble Company*, 14 Civ. 4090
     (JBW) (RML)

Dear Judge Weinstein:

I write on behalf of Defendant The Procter & Gamble Company ("P&G") in connection with the Court's June 10, 2019 order granting P&G's request for a status conference specific to the *Belfiore* case.  *See* D.E. 279.  In that same order, the Court also directed the parties in the *Kurtz* and *Belfiore* cases to consider a schedule for an evidentiary hearing, as well as a status conference with all the parties to discuss that hearing.  P&G now writes to respectfully request that the Court set the *Belfiore*-only status conference to precede the broader one involving all the parties in *Kurtz* and *Belfiore*.

As P&G outlined in its May 31, 2019 letter requesting a *Belfiore*-only status conference, *see* D.E. 277, it recently entered into a 49-state settlement of claims regarding its flushable wipes, and the FTC has now closed its investigation of P&G's flushable wipes.  These developments, which are specific to the *Belfiore* case, raise issues wholly independent of the injury and causation issues identified by the Second Circuit as to whether this Court should decertify the purported *Belfiore* class.  P&G seeks to discuss these issues with the Court as soon as possible, and *before* any broader status conference to discuss the evidentiary hearing that includes the *Kurtz* parties, because the outcome of that discussion could affect the nature of P&G's participation in the evidentiary hearing.  In addition, P&G requests that the Court set the status conferences for separate days given that the issues to be discussed in the *Belfiore*-only status conference are complex, could require lengthy discussion, and are entirely distinct from any issues regarding the evidentiary hearing.

P&G understands that all of the *Kurtz* and *Belfiore* parties are available for the broader status conference on Tuesday, June 18 at 12 noon.  For the reasons set forth above, P&G respectfully requests that the Court set the *Belfiore*-only status conference for the day before at a time P&G understands to be available: Monday, June 17 at 11 a.m.  However, if the Court prefers to hold the two status conferences on the same day, P&G requests that the *Belfiore*-specific conference start at 11 a.m. on Tuesday, June 18 such that it is distinct from and formally precedes the conference among all the *Kurtz* and *Belfiore* parties.

NY: 1187150-1

**COVINGTON**

Hon. Jack B. Weinstein
June 12, 2019
Page 2

                                                Respectfully submitted,

                                                COVINGTON & BURLING LLP

                                                */s/ Cortlin H. Lannin*
                                                Cortlin H. Lannin

                                                *Counsel for Defendant*

cc: Counsel of record (via ECF)