UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. JOSEPH KURTZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>– against –<br><br>KIMBERLY-CLARK CORPORATION & COSTCO WHOLESALE CORPORATION,<br><br>                              Defendants. | **ORDER**<br><br>14-CV-1142 |
| ANTHONY BELFIORE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>– against –<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>                              Defendant. | 14-CV-4090 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

A status conference in *Belfiore et al. v. The Procter & Gamble Company* to discuss the 49-state settlement of claims involving flushable wipes shall be held on June 18, 2019 at 11 a.m. A status conference in *Belfiore* and *Kurtz et al. v. Kimberly-Clark Corporation et al.* to discuss the evidentiary hearing required by the United States Court of Appeals for the Second Circuit shall be held on June 18, 2019 at noon.  All parties in both cases shall be present in court beginning at 11 a.m.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: June 17, 2019
       Brooklyn, New York

2