AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Belfiore | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-04090-JBW-RML |
| The Procter & Gamble Company | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Procter & Gamble Company    .

Date:   07/11/2019

/s/ Eileen M. Patt
*Attorney's signature*

Eileen M. Patt (EP 9043)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Address*

epatt@kramerlevin.com
*E-mail address*

(212) 715-9262
*Telephone number*

(212) 715-8000
*FAX number*