UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANTHONY BELFIORE, on behalf of himself and all others similarly situated,

                     Plaintiff,

   - against -

THE PROCTER & GAMBLE COMPANY,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 14-cv-4090 (JBW)

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANT'S MOTION TO DECERTIFY THE CLASSES**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the parties will adhere to the following schedule regarding Defendant The Procter & Gamble Company's Motion to Decertify the Classes:

1. Plaintiff shall serve an opposition memorandum by July 31, 2019;

2. Defendant shall serve its reply memorandum by August 12, 2019;

3. Defendant's Motion to Decertify the Classes shall be returnable before the Honorable Jack B. Weinstein, at the United State Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on August 13, 2019 at 10:30AM, or as soon thereafter as counsel may be heard.

- 2 -

Dated: New York, New York
      July 9, 2019

By: _____
      Harold P. Weinberger
      Eileen M. Patt
      **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
      1177 Avenue of the Americas
      New York, New York 10036
      Phone: 212-715-9100
      Fax: 212-715-800

      Cortlin H. Lannin
      **COVINGTON & BURLING LLP**
      Salesforce Tower
      415 Mission Street, Suite 5400
      San Francisco, CA 94105
      Phone: 415-591-6000
      Fax: 415-591-6091

*Attorneys for Defendant The Procter & Gamble Company*

Dated: New York, New York
      July 10, 2019

By: _____
      Lester L. Levy
      **WOLF POPPER LLP**
      845 Third Avenue
      12th Floor
      New York, NY 10022
      212-759-4600
      Fax: 212-486-2093

*Attorneys for Plaintiff Anthony Belfiore*

SO ORDERED

_____
Hon. Jack B. Weinstein
Senior United States District Judge

Dated: July ___, 2019
      Brooklyn, New York