BEFORE JUDGE _Weinstein_____     AT _11:00_____ A.M/P.M.

C/R ~~or ECR~~ _A. Montalvo_____     MAG._____

## CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number _CV14-4090_____

Title _Anthony Delfino_____ vs _Procter & Gamble Co._____

Appearances:  For Pltff. _Lester Levy et al_____

For Deft. _Harold Weinberger et al_____

Other: _____

____✓____Case called.

_____Counsel for all parties present.

_____Counsel for _____not present.

_____Conference held.

_____Parties advised the Court that the case has been settled.

_____Discovery completed._____Discovery pending

_____Discovery to be completed by_____.

___✓_____Next ~~conference~~ _hearing_ scheduled for _8/6/19 at 9 am_____.

_____Case marked ready for trial on _____.

_____Pre-trial order signed and given to parties.

_____Jury to be selected on _____.

✓ _Respectfully referred to the magistrate judge for expedited discovery._