UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 15 2019 ★
BROOKLYN OFFICE

| | |
|---|---|
| D. JOSEPH KURTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>KIMBERLY-CLARK CORPORATION & COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | **ORDER**<br><br>14-CV-1142 |
| ANTHONY BELFIORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | 14-CV-4090 |
| GLADYS HONIGMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | 15-CV-2910 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has Defendant Procter & Gamble's motion to decertify the classes. *See* Notice Mot. Decertify Classes, July 8, 2019, No. 14-cv-4090, ECF No. 294. The schedule proposed by the parties is so-ordered. *See* Joint Stip. & [Proposed] Order Setting Schedule for Def.'s Mot.



1

Decertify Classes, July 10, 2019, No. 14-cv-4090, ECF No. 296. Plaintiff Belfiore's opposition shall be filed by July 31, 2019. Defendant Procter & Gamble's reply shall be filed by August 12, 2019. The parties' briefs should address whether this court has jurisdiction to consider the motion, in view of the mandate from the United States Court of Appeals for the Second Circuit.

A hearing on the motion will be conducted on August 29, 2019 at 10:30 a.m. Since certification decisions in *Belfiore v. The Procter & Gamble Company* are relevant to the disposition of *Honigman v. Kimberly-Clark Corporation* and *Kurtz v. Kimberly-Clark Corporation et al.*, counsel in those actions shall also appear at the hearing.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: July 11, 2019
       Brooklyn, New York