# EXHIBIT A

# Section 1: 8-K (FY1819 Q4 AMJ 8-K)

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**FORM 8-K**

CURRENT REPORT
Pursuant to Section 13 OR 15(d) of The Securities Exchange Act Of 1934

Date of Report (Date of earliest event reported)                                                                                July 30, 2019



**THE PROCTER & GAMBLE COMPANY**
*(Exact name of registrant as specified in its charter)*

| Ohio | 1-434 | 31-0411980 |
|---|---|---|
| *(State of Incorporation)* | *(Commission File Number)* | *(I.R.S. Employer Identification Number)* |

| One Procter & Gamble Plaza, Cincinnati, Ohio | 45202 |
|---|---|
| *(Address of principal executive offices)* | *(Zip Code)* |

(513) 983-1100
*(Registrant's telephone number, including area code)*

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, without Par Value | PG | New York Stock Exchange |
| 4.125% EUR notes due December 2020 | PG20A | New York Stock Exchange |
| 0.275% Notes due 2020 | PG20 | New York Stock Exchange |
| 2.000% Notes due 2021 | PG21 | New York Stock Exchange |
| 2.000% Notes due 2022 | PG22B | New York Stock Exchange |
| 1.125% Notes due 2023 | PG23A | New York Stock Exchange |
| 0.500% Notes due 2024 | PG24A | New York Stock Exchange |
| 0.625% Notes due 2024 | PG24B | New York Stock Exchange |
| 1.375% Notes due 2025 | PG25 | New York Stock Exchange |
| 4.875% EUR notes due May 2027 | PG27A | New York Stock Exchange |
| 1.200% Notes due 2028 | PG28 | New York Stock Exchange |
| 1.250% Notes due 2029 | PG29B | New York Stock Exchange |
| 1.800% Notes due 2029 | PG29A | New York Stock Exchange |
| 6.250% GBP notes due January 2030 | PG30 | New York Stock Exchange |
| 5.250% GBP notes due January 2033 | PG33 | New York Stock Exchange |
| 1.875% Notes due 2038 | PG38 | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

| ITEM 2.02 | RESULTS OF OPERATIONS AND FINANCIAL CONDITION |
|---|---|

On July 30, 2019, The Procter & Gamble Company (the "Company") issued a news release with respect to earnings for the quarter ended June 30, 2019. The Company is furnishing this 8-K pursuant to Item 2.02, "Results of Operations and Financial Condition."

| ITEM 9.01 | FINANCIAL STATEMENTS AND EXHIBITS |
|---|---|
| **Exhibit Number** | **Description** |
| 99.1 | News Release by The Procter & Gamble Company dated July 30, 2019. |

### SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

THE PROCTER & GAMBLE COMPANY

By   /s/ SANDRA T. LANE
     Sandra T. Lane, Assistant Secretary
     July 30, 2019

### EXHIBIT(S)

99.1 News Release by The Procter & Gamble Company dated July 30, 2019.

(Back To Top)

# Section 2: EX-99.1 (FY 1819 Q4 AMJ EXHIBIT 99.1)



**News Release**

The Procter & Gamble Company
One P&G Plaza
Cincinnati, OH 45202

### P&G ANNOUNCES FOURTH QUARTER AND FISCAL YEAR 2019 RESULTS
**Q4'19 GAAP:** *Net Sales +4%; Diluted Net Loss per Share $2.12, -394%*
**Q4'19 CORE:** *Organic Sales +7%; Core EPS $1.10, +17%; Currency-Neutral Core EPS +26%*
**FY '19 GAAP:** *Net Sales +1%; Diluted Net EPS $1.43, -61%*
**FY '19 CORE:** *Organic Sales +5%; Core EPS $4.52, +7%; Currency-Neutral Core EPS +15%*

CINCINNATI, July 30, 2019 - The Procter & Gamble Company (NYSE:PG) reported fourth quarter fiscal year 2019 net sales of $17.1 billion, an increase of four percent versus the prior year. Excluding the impacts of foreign exchange, acquisitions and divestitures, organic sales increased seven percent, driven by a three percent increase in organic volume. Diluted net loss per share was $2.12, down $2.84 versus the prior year due primarily to one-time, non-cash accounting adjustments to the carrying values of the Gillette Shave Care business. Core earnings per share increased 17% to $1.10 driven by strong organic sales growth and core operating margin expansion. Currency-neutral core EPS increased 26% versus the prior year. The Company generated $4.2 billion of operating cash flow in the quarter, with adjusted free cash flow productivity of 122%.

For fiscal year 2019, the Company reported net sales of $67.7 billion, an increase of one percent versus the prior year. Excluding

**THE PROCTER & GAMBLE COMPANY AND SUBSIDIARIES**
(Amounts in Millions Except Per Share Amounts)
**Consolidated Earnings Information**

| | Three Months Ended June 30 | | | Twelve Months Ended June 30 | | |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | % Chg | 2019 | 2018 | % Chg |
| NET SALES | $ 17,094 | $ 16,503 | 4% | $ 67,684 | $ 66,832 | 1% |
| Cost of products sold | 8,938 | 9,070 | (1)% | 34,768 | 34,432 | 1% |
| GROSS PROFIT | 8,156 | 7,433 | 10% | 32,916 | 32,400 | 2% |
| Selling, general and administrative expense | 5,003 | 4,846 | 3% | 19,084 | 19,037 | —% |
| Goodwill and indefinite-lived intangibles impairment charges | 8,345 | — | | 8,345 | — | |
| OPERATING INCOME/(LOSS) | (5,192) | 2,587 | (301)% | 5,487 | 13,363 | (59)% |
| Interest expense | 111 | 136 | (18)% | 509 | 506 | 1% |
| Interest income | 52 | 63 | (17)% | 220 | 247 | (11)% |
| Other non-operating income/(expense), net | 186 | (225) | (183)% | 871 | 222 | 292% |
| EARNINGS/(LOSS) BEFORE INCOME TAXES | (5,065) | 2,289 | (321)% | 6,069 | 13,326 | (54)% |
| Income taxes | 172 | 399 | (57)% | 2,103 | 3,465 | (39)% |
| NET EARNINGS/(LOSS) | (5,237) | 1,890 | (377)% | 3,966 | 9,861 | (60)% |
| Less: Net earnings/(loss) attributable to noncontrolling interests | 4 | (1) | N/A | 69 | 111 | (38)% |
| NET EARNINGS/(LOSS) ATTRIBUTABLE TO PROCTER & GAMBLE | $ (5,241) | $ 1,891 | (377)% | $ 3,897 | $ 9,750 | (60)% |
| | | | | | | |
| EFFECTIVE TAX RATE | (3 4)% | 17 4% | | 34 7% | 26 0% | |
| | | | | | | |
| NET EARNINGS PER COMMON SHARE: (1) | | | | | | |
| Basic | $ (2 12) | $ 0 73 | (390)% | $ 1 45 | $ 3 75 | (61)% |
| Diluted | $ (2 12) | $ 0 72 | (394)% | $ 1 43 | $ 3 67 | (61)% |
| | | | | | | |
| DIVIDENDS PER COMMON SHARE | $ 0 7459 | $ 0 7172 | 4% | $ 2 8975 | $ 2 7860 | 4% |
| Diluted Weighted Average Common Shares Outstanding | 2,509 6 | 2,620 9 | | 2,539 5 | 2,656 7 | |

| | | | Basis Pt Change | | | Basis Pt Change |
|---|---|---|---|---|---|---|
| COMPARISONS AS A % OF NET SALES | | | | | | |
| Gross margin | 47 7% | 45 0% | 270 | 48 6% | 48 5% | 10 |
| Selling, general and administrative expense | 29 3% | 29 4% | (10) | 28 2% | 28 5% | (30) |
| Operating margin | (30 4)% | 15 7% | (4,610) | 8 1% | 20 0% | (1,190) |
| Earnings/(loss) from continuing operations before income taxes | (29 6)% | 13 9% | (4,350) | 9 0% | 19 9% | (1,090) |
| Net earnings/(loss) from continuing operations | (30 6)% | 11 5% | (4,210) | 5 9% | 14 8% | (890) |
| Net earnings/(loss) attributable to Procter & Gamble | (30 7)% | 11 5% | (4,220) | 5 8% | 14 6% | (880) |

(1) Basic net earnings per common share and Diluted net earnings per common share are calculated on Net earnings attributable to Procter & Gamble.

THE PROCTER & GAMBLE COMPANY AND SUBSIDIARIES
(Amounts in Millions Except Per Share Amounts)
Condensed Consolidated Balance Sheets

|  | June 30, 2019 | June 30, 2018 |
|---|---:|---:|
| Cash and cash equivalents | $ 4,239 | $ 2,569 |
| Available-for-sale investment securities | 6,048 | 9,281 |
| Accounts receivable | 4,951 | 4,686 |
| Inventories | 5,017 | 4,738 |
| Prepaid expenses and other current assets | 2,218 | 2,046 |
| TOTAL CURRENT ASSETS | 22,473 | 23,320 |
| PROPERTY, PLANT AND EQUIPMENT, NET | 21,271 | 20,600 |
| GOODWILL | 40,273 | 45,175 |
| TRADEMARKS AND OTHER INTANGIBLE ASSETS, NET | 24,215 | 23,902 |
| OTHER NONCURRENT ASSETS | 6,863 | 5,313 |
| TOTAL ASSETS | $ 115,095 | $ 118,310 |
| Accounts payable | $ 11,260 | $ 10,344 |
| Accrued and other liabilities | 9,054 | 7,470 |
| Debt due within one year | 9,697 | 10,423 |
| TOTAL CURRENT LIABILITIES | 30,011 | 28,237 |
| LONG-TERM DEBT | 20,395 | 20,863 |
| DEFERRED INCOME TAXES | 6,899 | 6,163 |
| OTHER NONCURRENT LIABILITIES | 10,211 | 10,164 |
| TOTAL LIABILITIES | 67,516 | 65,427 |
| TOTAL SHAREHOLDERS' EQUITY | 47,579 | 52,883 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | $ 115,095 | $ 118,310 |