# EXHIBIT B

```
                                                                    1

           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW YORK


    ANTHONY BELFIORE, on behalf     ) Civil Action
    of himself and all others      ) No. 14-4090 (JBW)
    similarly situated,            )    -and-
              Plaintiff,           ) Civil Action
    v.                             ) No. 14-1142 (JBW)
    THE PROCTER & GAMBLE COMPANY,  )
              Defendant.           )
    -----------------------------  ) STATUS CONFERENCE
    D. JOSEPH KURTZ, individually  )
    and on behalf of all others    ) Brooklyn, New York
    similarly situated,            ) Date:   June 18, 2019
              Plaintiff,           ) Time:   11:00 a.m.
    vs.                            )
    KIMBERLY-CLARK CORPORATION,    )
    et al.                         )
              Defendants.          )
    _____

              TRANSCRIPT OF STATUS CONFERENCE
                      HELD BEFORE
            THE HONORABLE JUDGE JACK B. WEINSTEIN
                 UNITED STATES DISTRICT JUDGE
    _____

                     A P P E A R A N C E S

    For the Plaintiff:      Lester L. Levy, Esq.
    (Case No. 14-cv-4090)   Matthew Insley-Pruitt, Esq.
                            Sean M. Zaroogian, Esq.
                            Wolf Popper LLP
                            845 Third Avenue
                            New York, New York  10022
                            212-759-4600

    For the Defendant:      Harold P. Weinberger, Esq.
    (Case No. 14-cv-4090)   Kramer Levin Naftalis & Frankel LLP
                            1177 Avenue of the Americas
                            New York, New York  10036
                            212-715-9132

    (Appearances continued on the next page.)

    Court Reporter:  Annette M. Montalvo, Official Court Reporter
                     Eastern District of New York
                     Office:  718-804-2711
```

21

1 THE COURT: I know it was a controversial issue, of
2 course.
3 MR. WEINBERGER: Still to be decided.
4 So in terms of the injunctive relief, you know, I
5 guess I'm -- 49 Attorneys General found that it was
6 acceptable, and a federal judge found it was acceptable. And
7 I think that the agreement to apply the more rigorous testing
8 methodology was intended to make sure that criteria would
9 continue to be met, and I just quarrel with the notion that
10 the changes to the labeling are slight. They're not slight at
11 all. And as I said, everyone seems to find it acceptable
12 except Mr. Belfiore. So, you know, I don't know what that
13 says.
14 THE COURT: Well, what's your position going to be
15 on the need for national uniformity where there is a single
16 plant manufacturing a single product for the entire nation?
17 MR. WEINBERGER: Well, there's no question that the
18 product we manufacture is going to have what's required under
19 the settlement agreement, and that's going to be supplied into
20 New York. There's no question about that.
21 And I think your point is well taken that if this
22 case is continued to be prosecuted, just focusing on the
23 injunctive relief for a moment, I think it may be difficult to
24 establish that a benefit's been provided to the class down the
25 road. I mean, we obviously don't know what's going to happen,