UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ANTHONY BELFIORE, on behalf of himself and all others similarly situated, | Case No. 14-cv-4090 (JBW) |
| Plaintiff, | **REPLY DECLARATION OF HAROLD P. WEINBERGER** |
| - against - | |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Harold P. Weinberger, hereby declare:

1. I am a partner at the law firm of Kramer Levin Naftalis & Frankel LLP, co-counsel for The Procter & Gamble Company ("P&G") in the above-captioned action.

2. I submit this Reply Declaration to provide the Court with true and correct copies of relevant documents in support of P&G's Motion to Decertify the Classes.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Transcript of the August 6, 2019 Hearing in this action.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Transcript of the August 7, 2019 Hearing in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August 2019.

    /s/ Harold P. Weinberger
    HAROLD P. WEINBERGER