# EXHIBIT A

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

 - - - - - - - - - - - - - - - - - X

 D. JOSEPH KURTZ, individually     :
 and on behalf of all others           14-CV-1142(JBW)
 similarly situated,               :
                                       14-CV-4090(JBW)
         Plaintiffs,               :

         - against -               :

 KIMBERLY-CLARK CORPORATION and    :
 COSTCO WHOLESALE CORPORATION,

         Defendants.               :   United States Courthouse
                                       Brooklyn, New York
 - - - - - - - - - - - - - - - - - X

 ANTHONY BELFIORE, individually    :
 and on behalf of all others
 similarly situated,               :   August 6, 2019
                                       9:00 o'clock a.m.
         Plaintiffs,               :

         - against -               :

 THE PROCTER & GAMBLE COMPANY,     :

         Defendants.               :

 - - - - - - - - - - - - - - - - - X


                      TRANSCRIPT OF HEARING
             BEFORE THE HONORABLE JACK B. WEINSTEIN
               UNITED STATES SENIOR DISTRICT JUDGE.


 APPEARANCES:

 For Plaintiff D. Kurtz:       ROBBINS GELLER RUDMAN & DOWD LLP
                               58 South Service Road, Suite 200
                               Melville, NY 11747

                               BY: MARK S. REICH, ESQ.
                                   VINCENT M. SERRA, ESQ.
```

```
                                                                    2

 1   APPEARANCES:  (Continued)

 2
     For Plaintiff A. Belfiore:      WOLF, POPPER, ROSS, WOLF & JONES
 3                                   845 Third Avenue
                                     New York, NY 10022
 4
                                     BY: LESTER L. LEVY, ESQ.
 5                                       MATTHEW INSLEY-PRUITT, ESQ.
                                         SEAN M. ZAROOGIAN, ESQ.
 6
     For Deft. Kimberly-Clark:       SIDLEY AUSTIN LLP
 7                                   787 Seventh Ave
                                     New York, NY 10019
 8
                                     BY:  EAMON P. JOYCE, ESQ.
 9                                        KARA L. McCALL, ESQ.

10   For Deft. Costco:               MORRISON & FOERSTER
                                     250 West 55th Street
11                                   New York, NY 10019

12                                   BY:  JAMES M. BERGIN, ESQ.
                                          ADAM J. HUNT, ESQ.
13                                        BRIAN R. MATSUI, ESQ.

14   For Deft. Procter & Gamble:     KRAMER LEVIN NAFTALIS
                                          & FRANKEL, LLP
15                                   1177 Avenue of the Americas
                                     New York, NY 10036
16
                                     BY:  HAROLD P. WEINBERGER, ESQ.
17                                        EILEEN M. PATT, ESQ.

18                                   COVINGTON & BURLING LLP
                                     Salesforce Tower
19                                   415 Mission Street
                                     San Francisco, CA   94105
20
                                     BY:  CORTLIN H. LANNIN, ESQ.
21
     Court Reporter:                 Charleane M. Heading
22                                   225 Cadman Plaza East
                                     Brooklyn, New York
23                                   (718) 613-2643

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.


              CMH      OCR      RMR      CRR      FCRR
```

1  that the plaintiffs claim that they incurred.  Can we just
2  rely upon the reports of the defendants and this witness for
3  the purpose of this hearing?  This witness is a very good
4  witness I thought.
5              THE WITNESS:  Thank you, your Honor.
6              THE COURT:  But that doesn't mean that I accept your
7  statements.  Your technique I thought was admirable.
8              I just want to shorten this and get it up to the
9  Court of Appeals because the next stage, if they certify, will
10 be a trial I guess.  I go back to where we were earlier.  We
11 have 49 states that have agreed on meeting essentially the
12 claims of the plaintiff.  Can we take New York, the empire
13 state and work out something that's intellectually and
14 financially satisfactory? .  There are some holes in the case.
15 We'll continue tomorrow at 10:00 o'clock.
16             Good night.  Thank you for your economics
17 dissertation.
18             MR. JOYCE:  We expect to get our fact witnesses on
19 and off fast.
20             THE COURT:  My case coordinator is now shifting
21 around cases to get full days.
22             I look forward to 10:00 o'clock tomorrow, thank you.
23 Good night.  Have a good night everyone.
24             (Adjourned to August 7.  2019 at 10:00 a.m.)
25