# EXHIBIT B

```
                                                                    230

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - - X
 3
     D. JOSEPH KURTZ, individually    :
 4   and on behalf of all others            14-CV-1142(JBW)
     similarly situated,              :
 5                                           14-CV-4090(JBW)
              Plaintiffs,             :
 6
                -against-             :
 7
     KIMBERLY-CLARK CORPORATION and   :     United States Courthouse
 8   COSTCO WHOLESALE CORPORATION,          Brooklyn, New York

 9            Defendants.             :

10   - - - - - - - - - - - - - - - - - X    August 7, 2019
                                             10:00 o'clock a.m.
11   ANTHONY BELFIORE, individually   :
     and on behalf of all others
12   similarly situated,              :

13            Plaintiffs,             :

14            - against -             :

15   THE PROCTER & GAMBLE COMPANY,    :

16            Defendants.             :

17   - - - - - - - - - - - - - - - - - X

18
                        TRANSCRIPT OF HEARING
19              BEFORE THE HONORABLE JACK B. WEINSTEIN
                 UNITED STATES SENIOR DISTRICT JUDGE.
20

21   APPEARANCES:

22
     For Plaintiff D. Kurtz:     ROBBINS GELLER RUDMAN & DOWD LLP
23                               58 South Service Road, Suite 200
                                 Melville, NY 11747
24
                                 BY: MARK S. REICH, ESQ.
25                                   VINCENT M. SERRA, ESQ.


              CMH      OCR      RMR      CRR      FCRR
```

```
                                                                    231
 1   APPEARANCES:   (Continued)

 2   For Plaintiff A. Belfiore:    WOLF, POPPER, ROSS, WOLF & JONES
                                   845 Third Avenue
 3                                 New York, NY 10022

 4                                 BY: LESTER L. LEVY, ESQ.
                                       MATTHEW INSLEY-PRUITT, ESQ.
 5

 6   For Deft. Kimberly-Clark:     SIDLEY AUSTIN LLP
                                   787 Seventh Ave
 7                                 New York, NY 10019

 8                                 BY:  EAMON P. JOYCE, ESQ.
                                        KARA L. McCALL, ESQ.
 9

10   For Deft. Costco:             MORRISON & FOERSTER
                                   250 West 55th Street
11                                 New York, NY 10019

12                                 BY:  JAMES M. BERGIN, ESQ.
                                        ADAM J. HUNT, ESQ.
13                                      BRIAN R. MATSUI, ESQ.

14
     For Deft. Procter & Gamble:   KRAMER LEVIN NAFTALIS
15                                     & FRANKEL, LLP
                                   1177 Avenue of the Americas
16                                 New York, NY 10036

17                                 BY:  HAROLD P. WEINBERGER, ESQ.
                                        EILEEN M. PATT, ESQ.
18
                                   COVINGTON & BURLING LLP
19                                 Salesforce Tower
                                   415 Mission Street
20                                 San Francisco, CA   94105

21                                 BY:  CORTLIN H. LANNIN, ESQ.

22   Court Reporter:               Charleane M. Heading
                                   225 Cadman Plaza East
23                                 Brooklyn, New York
                                   (718) 613-2643
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.
```

                CMH      OCR      RMR      CRR      FCRR

232

1  THE CLERK: Belfiore v. Procter & Gamble Company,
2 No. 14-CV-4090, and Kurtz v. Kimberly-Clark and Costco
3 Wholesale Corporation, No. 14-CV-1142.
4  Counsel, please state their appearances for the
5 record.
6  THE COURT: They are the same as yesterday. We will
7 just continue the record. Thank you.
8  I had printed for each of you what I am sure you
9 have in your drawer and study every night anyway and that is
10 the settlement in the 49 states just to remind you that these
11 cases can be settled.
12  In any event, it seemed to me that with what would
13 appear to be relatively slight changes if you did not adopt it
14 in its own words, it could be the basis for settlement here.
15 It is a very comprehensive document as all of you, I am sure,
16 know.
17  So let's proceed with this case.
18  MR. REICH: Good morning, Your Honor.
19  THE COURT: Good morning.
20  MR. REICH: Mark Reich on behalf of the Kurtz
21 plaintiffs.
22  We're just continuing with the proceedings on the
23 redirect of Mr. Colin Weir and I'll be brief.
24
25