# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Cortlin H. Lannin

Covington & Burling LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105-2533
T +1 415 591 7078
clannin@cov.com

**By ECF**                                                                                         August 14, 2019

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:  *Belfiore v. The Procter & Gamble Company*, 14 Civ. 4090 (JBW) (RML)**

Dear Judge Weinstein:

      I write on behalf of Defendant The Procter & Gamble Company ("P&G") regarding the recent evidentiary hearing in this matter. During the hearing on Thursday, August 8, P&G's expert Dr. Carol Scott testified that she had previously offered expert opinions in two cases involving the use of hedonic regression. The Court then requested copies of those two decisions. *See* Aug. 8, 2019 Hr'g Tr. at 475-76. Pursuant to the Court's request, I am attaching copies of those decisions and any subsequent appellate opinions:

- **Exhibit A**: *Brazil v. Dole Packaged Foods, LLC*, No. 12-cv-01831, 2014 WL 5794873, at *14 (N.D. Cal. Nov. 6, 2014) (decertifying damages class because plaintiff's "proposed [hedonic regression] damages model fails to provide a means of showing damages on a classwide basis through common proof").

- **Exhibit B**: *Brazil v. Dole Packaged Foods, LLC*, 660 Fed. App'x 531, 535 (9th Cir. Sep. 30, 2016) (affirming district court's order decertifying the damages class).

- **Exhibit C**: *Bruton v. Gerber Products Co.*, No. 12-cv-02412, 2018 WL 1009257, at *9-12 (N.D. Cal. Feb. 13, 2018) (denying class certification given flaws in plaintiff's proposed hedonic regression damages model). It does not appear the *Bruton* decision was appealed.

      Respectfully submitted,

      COVINGTON & BURLING LLP

      */s/ Cortlin H. Lannin*
      Cortlin H. Lannin

      *Counsel for Defendant*

cc: Counsel of record (via ECF)