FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2019 ★

BROOKLYN OFFICE

DATE 8/6/19

BEFORE JUDGE Weinstein       AT 9:00 A.M./P.M.

C/R or ECR C. Headway        MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV14-1142 & CV14-4090

Title: Joseph Kurtz et al / Kimberly Clark
Anthony B. Difiore vs. Procter & Gamble

(Pltff.) (Deft.) _____ motion for class certification

Appearances: For Pltff. Lester Levy et al
Mark Reich et al

For Deft. Harold Weinberger et al
James Bergin et al

__✓__ Case called.    __✓__ Parties Sworn    __✓__ Evidentiary Hearing Held.

__✓__ Counsel for all sides present.

_____ Counsel for _____ not present.

_____ Motion argued.   _____ Motion Granted   _____ Motion Denied.

_____ Decision reserved.

_____ Order to be submitted by _____.

_____ Case adjourned to _____ for _____

__✓__ Other Hearing held. Hearing continued to 8/7/19 at 9:00 am