FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2019 ★

BROOKLYN OFFICE

DATE _3/7/19_

BEFORE JUDGE _Weinstein_          AT __9:00__ A.M/~~P.M.~~

C/R or ~~ECR~~ _C. Headingy_          MAG. _____

### CIVIL CAUSE FOR MOTION HEARING

Docket Number _CV14-1142 & CV14-4090_

Title: _Joseph Kurtz et al   Kimberly Clark_
_/Anthony B Afiore_ vs. _Procter & Gamble_

(Pltff.) (Deft.) _____ motion for _class certification_

_____

_____

Appearances: For Pltff. _Lester Levy et al_
_Mark Reich et al_

For Deft. _Harold Weinberger et al_
_James Bergin et al_

___✓___ Case called.  ___✓___ Parties Sworn  _____ Evidentiary Hearing Held.

___✓___ Counsel for all sides present.

_____ Counsel for _____ not present.

_____ Motion argued. _____ Motion Granted _____ Motion Denied.

_____ Decision reserved.

_____ Order to be submitted by _____.

_____ Case adjourned to _____ for _____

___✓___ Other _Hearing held. Hearing continued_
_to 8/8/19 at 9:00 am_