**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2019 ★

BROOKLYN OFFICE

DATE _8/3/19_

BEFORE JUDGE _Weinstein_          AT _9:00_ A.M./P.M.

C/R or ECR _C. Heaaney_          MAG. _____

<u>CIVIL CAUSE FOR MOTION HEARING</u>

Docket Number _CV 14-1142 + CV 14-4090_

Title: _Joseph Kurtz et al    Kimberly Clark_
_Anthony B. Afiore_ vs. _Procter & Gamble_

(Pltff.) (Deft.) _____ motion for _class certification_

Appearances: For Pltff. _Lester Levy et al_
_Mark Reich et al_

For Deft. _Harold Weinberger et al_
_James Bergin et al_

__✓__ Case called. __✓__ Parties Sworn ____ Evidentiary Hearing Held.

__✓__ Counsel for all sides present.

_____ Counsel for _____ not present.

_____ Motion argued. _____ Motion Granted _____ Motion Denied.

_____ Decision reserved.

_____ Order to be submitted by _____.

_____ Case adjourned to _____ for _____

__✓__ Other _Hearing held. Hearing continued_
_to 3/13/19 at 9:00 am_