DATE 8/12/19

BEFORE JUDGE Weinstein           AT 9:00 A.M/P.M.

C/R or ECR M. Lucchese            MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV14-1142 & CV14-4090

Title: Joseph Kurtz et al / Kimberly Clark
       Anthony Belfiore vs. Procter & Gamble

(Pltff.) (Deft.) _____ motion for class certification

Appearances: For Pltff. Lester Levy et al
                        Mark Reich et al

            For Deft. Harold Weinberger et al
                       James Bergen et al

✓ Case called.   ✓ Parties Sworn.   ___ Evidentiary Hearing Held.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

___ Motion argued.   ___ Motion Granted   ___ Motion Denied.

___ Decision reserved.

___ Order to be submitted by _____.

___ Case adjourned to _____ for _____

✓ Other Additional briefs to be submitted.