UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2019 ★
BROOKLYN OFFICE

| | |
|---|---|
| D. JOSEPH KURTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>KIMBERLY-CLARK CORPORATION & COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | **ORDER**<br><br>14-CV-1142 |
| ANTHONY BELFIORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | 14-CV-4090 |
| GLADYS HONIGMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | 15-CV-2910 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

      The briefing schedule following the conclusion of the evidentiary hearing required by the Court of Appeals for the Second Circuit is as follows: The parties will simultaneously file briefs about the matters dealt with during the evidentiary hearing by September 11, 2019. Reply briefs



1

will be filed by September 23, 2019. Oral argument will be held on October 9, 2019 at 10:30 a.m.

Although the evidentiary hearing was conducted in *Kurtz v. Kimberly-Clark Corporation et al.* and *Belfiore v. The Procter & Gamble Company*, because certification in those cases may control the ultimate disposition of *Honigman v. Kimberly-Clark Corporation, see Kurtz v. Kimberly-Clark Corp.*, 321 F.R.D. 482, 497 (E.D.N.Y. 2017), counsel in *Honigman* shall appear at oral argument.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 15, 2019
       Brooklyn, New York

2