WOLF POPPER LLP

NEW YORK
845 Third Avenue
New York, NY 10022
(212) 759-4600

HOUSTON
2929 Allen Parkway
Suite 200
Houston, TX 77019
(713) 522-4529

PUERTO RICO
654 Plaza, Suite 1001
654 Muñoz Rivera Ave
San Juan, PR 00918
(787) 522-0200

WEB
wolfpopper.com

Direct Dial (212) 451-9606
Email: llevy@wolfpopper.com

September 9, 2019

Honorable Jack B. Weinstein
United States District Court Judge
225 Cadman Plaza
Brooklyn, NY 11201

                RE:    *Belfiore v. The Proctor & Gamble Co.,* 14 Civ. 4090 (JBW)
                        *Kurtz v. Kimberly-Clark Corp.,* 14 Civ. 1142 (JBW)

Dear Judge Weinstein:

      On August 19, my office, on behalf of all parties, sent an email to June Lowe requesting an advancement of the hearing date originally scheduled for October 9 (ECF No. 312 – Belfiore) as that date conflicts with Yom Kippur (see attached email). On that day Ryan O'Neil (covering case manager) replied in an email that he would set up a tentative date for Monday, October 7 and he would confirm with Ms. Lowe upon her return to work (see attached). In response to Rachel Lamorte's request of September 6, 2019 (attached), we reiterate our request to advance the hearing date to October 7.

                                          Respectfully submitted,

                                          Lester L. Levy

## Lester L. Levy

| | |
|---|---|
| **From:** | June_Lowe@nyed.uscourts.gov |
| **Sent:** | Monday, August 19, 2019 4:07 PM |
| **To:** | Matthew Insley-Pruitt |
| **Cc:** | 'Hunt, Adam J.'; 'Joyce, Eamon P.'; Patt, Eileen; 'Weinberger, Harold P.'; Bergin, James M.; McCall, Kara L.; Lester L. Levy; 'Mark S. Reich'; Sean M. Zaroogian; Vince Serra |
| **Subject:** | Re: Belfiore and Kurtz Oral Argument Dates |

Good Afternoon,

I am covering for June Lowe while she is away from the office for the next two weeks. She is expected to return on Tuesday, September 3. In the meantime, I will set a tentative date for Monday, October 7th, 2019 at 10:30 a.m. I will confirm this with Ms. Lowe upon her return to work, but there shouldn't be a problem with the request. Should you have any further questions or concerns, you may also contact me at 718-613-2373 or by e-mail at Ryan_O'Neil-Berven@nyed.uscourts.gov.

Kind Regards,

Ryan O'Neil
(covering case manager)


| | |
|---|---|
| From: | Matthew Insley-Pruitt <MInsley-Pruitt@wolfpopper.com> |
| To: | "June_Lowe@NYED.USCOURTS.GOV" <June_Lowe@NYED.USCOURTS.GOV>, |
| Cc: | "Lester L. Levy" <LLevy@wolfpopper.com>, "Sean M. Zaroogian" <SZaroogian@wolfpopper.com>, "'Mark S. Reich'" <mreich@rgrdlaw.com>, "Vince Serra" <vserra@rgrdlaw.com>, "McCall, Kara L." <kmccall@sidley.com>, "'Joyce, Eamon P.'" <ejoyce@sidley.com>, "Bergin, James M." <JBergin@mofo.com>, "'Hunt, Adam J.'" <AdamHunt@mofo.com>, "'Weinberger, Harold P.'" <hweinberger@KRAMERLEVIN.com>, "Patt, Eileen" <EPatt@KRAMERLEVIN.com> |
| Date: | 08/19/2019 03:20 PM |
| Subject: | Belfiore and Kurtz Oral Argument Dates |


Ms. Lowe,

I am writing on behalf of the parties in the Kurtz and Belfiore matters.
Judge Weinstein recently set the hearing for oral argument on the issues raised in the recent evidentiary hearing for October 9 (ECF No. 312 in Belfiore). Because of Yom Kippur, the parties cannot attend that day, and there are conflicts on October 10 and 11.
The parties would propose a hearing on either October 7 or October 8 (as long as we finish by 2:00 on the 8th). If the Court is not available then, perhaps the easiest solution is to provide us with possible dates and we can see what works best.

Matthew Insley-Pruitt

Wolf Popper LLP
845 Third Avenue
New York, New York 10022
Tel: (212) 451-9621
Fax: (212) 486-2093
www.wolfpopper.com
minsley-pruitt@wolfpopper.com

2