UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANTHONY BELFIORE, on behalf of himself and all others similarly situated,

        Plaintiff,

- against -

THE PROCTER & GAMBLE COMPANY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 14-cv-4090 (JBW)(RML)

**REPLY DECLARATION OF HAROLD P. WEINBERGER**

I, Harold P. Weinberger, hereby declare:

1. I am a partner at the law firm of Kramer Levin Naftalis & Frankel LLP, co-counsel for The Procter & Gamble Company ("P&G") in the above-captioned action.

2. I submit this Reply Declaration to provide the Court with true and correct copies of relevant documents in support of P&G's Reply Memorandum of Law in Support of Decertification of the Damages Class Pursuant to the Mandate of the Court of Appeals for the Second Circuit.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the corrected transcript of the August 6, 8, 9, and 12, 2019 hearing in this matter.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Defendant's Hearing Exhibit B, Kaye, David H., and David A. Freeman, *Reference Guide on Statistics*, in *Reference Manual on Scientific Evidence* (3d ed. 2011). The complete exhibit is available on ECF at Docket Entry No. 318-1.

- 2 -

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the July 9, 2019 Supplemental Declaration of Colin Weir in this matter. The complete exhibit is available under seal on ECF at Docket Entry No. 295-1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23th day of September 2019.

    /s/ Harold P. Weinberger
    HAROLD P. WEINBERGER