**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ANTHONY BELFIORE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>       v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | 14 Civ. 4090 (PKC)(RML)<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARD OF CLASS REPRESENTATIVE PAYMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Matthew Insley-Pruitt dated June 11, 2020 and exhibits thereto; and Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Award of Attorneys' Fees, Reimbursement of Out-of-Pocket Expenses, and Class Representative Payment dated June 11, 2020; and all pleadings and proceedings previously had herein, Plaintiff Anthony Belfiore, by counsel, hereby moves this Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order (1) granting final approval of the settlement of this class action (the "Settlement"), pursuant to Fed. R. Civ. P. 23(e), as set forth in the class action settlement agreement already before the Court at Docket Number 351-3 (the "Settlement Agreement"); (2) awarding attorneys' fees and expenses to his counsel, pursuant to Fed. R. Civ. P. 23(h), and as further provided in the Settlement Agreement; and (3) awarding him a class representative payment, as further provided in the Settlement Agreement.

DATED:  June 11, 2020

**WOLF POPPER LLP**

*/s/ Chet B. Waldman*
Chet B. Waldman
Matthew Insley-Pruitt
Philip M. Black
845 Third Avenue, 12th Floor
New York, NY 10022
Tel: (212) 759-4600

*Attorneys for Plaintiff*