

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Robert S. Plosky, Esq.*
*Direct Dial: 516-747-0300 Ext. 141*
*Email: RPlosky@meltzerlippe.com*
*Facsimile: 516-747-2956*

July 28, 2020

Judge Pamela K. Chen
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Belfiore v. The Procter & Gamble Company
              Case Docket No.: 14-cv-04090

Dear Judge Chen:

    I submit this letter to advise that I am no longer employed with the firm of Wolf Popper LLP at 845 Third Avenue, New York, NY 10022. I respectfully request that I am removed from the docket immediately on the above referenced case.

    Thank you for your attention to this matter.

    Please do not hesitate to contact me if you have any questions.

                                Respectfully submitted,

                                Robert S. Plosky

RSP:sb

1017653.1